# EXHIBIT A

| No. of Exhibit | Description/Filename | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | 5/13/2020 letter from counsel for HS Wholesale to KJ Semikian (PHD000068) | | |
| 2 | 5/4/2020 Indeminification letter from PHD Marketing Inc. to HS Wholesale (PHD000069) | | |
| 3 | 5/15/2020 Indemnification letter from PHD Marketing to Daniel Rahbar Distribution and Representation (PHD000070) | | |
| 4 | 5/15/2020 Indeminification letters from PHD Marketing to Indigo Distribution and Vapes Master (Sonic Imports Inc.) (PHD000071-PHD000072) | | |
| 5 | 5/15/2020 email correspondence between counsel for PHD Marketing and counsel for HS Wholesale (PHD000073-PHD000108) | | |
| 6 | 5/18/2020 Indemnification letters from PHD Marketing to San Diego Cash and Carry and West Coast Hookah (PHD000109-PHD000110) | | |
| 7 | 6/12/2020 Indemnification letter from PHD Marketing to Glass Tech (PHD000111) | | |
| 10 | Product and packaging photos for Bang Peach Ice XL Disposable (PHD000339-PHD000345) | | |
| 11 | Photo of empty product packaging for Bang Very Berry XL Disposable (PHD000435) | | |
| 12 | Supplier name and address (PHD004294) | | |
| 13 | PHD Marketing - BANG Original Logo Total Quantity Sold, January 1, 2019–April 30 , 2021 (PHD004802-PHD004803) | | |
| 14 | PHD Marketing Income Statement, January 1-December 31, 2020 (PHD004804) | | |
| 15 | PHD Marketing Income Statement, January 1-April 30, 2021 (PHD004805) | | |
| 16 | PHD Marketing VAPE WITH A BANG Total Quantity Sold, January 1, 2019-April 30, 2021 (PHD004806-PHD004807) | | |
| 18 | Bang Energy - Brands (VOTHPHD000012-VOTHPHD000014) | | |
| 21 | Bang Energy - Bang Energy Drinks 12-pack (VOTHPHD000028-VOTHPHD000032) | | |
| 22 | Bang Energy - Bang Energy Drinks 4-pack (VOTHPHD000033-VOTHPHD000037) | | |
| 23 | PepsiCo signs deal to distribute Bang Energy drinks in US (VOTHPHD000038-VOTHPHD000041) | | |
| 27 | Reg. No. 3545129 File History.pdf (VPX-PHD-000000019-VPX-PHD-000000207) | | |
| 28 | Reg. No. 4985030 File History.pdf (VPX-PHD-000000208-VPX-PHD-000000287) | | |
| 29 | Reg. No. 4990091 File History.pdf (VPX-PHD-000000288-VPX-PHD-000000366) | | |
| 31 | Bang Shots.pdf (VPX-PHD-000000389-VPX-PHD-000000393) | | |
| 33 | Bang Power Portable Charger.pdf (VPX-PHD-000000407-VPX-PHD-000000409) | | |
| 34 | Bang Twist Ballpoing Pen.pdf (VPX-PHD-000000418-VPX-PHD-000000420) | | |
| 36 | Bangster Berry Hoodie.pdf (VPX-PHD-000000430-VPX-PHD-000000432) | | |
| 38 | Frose Rose Baseball Hats.pdf (VPX-PHD-000000439-VPX-PHD-000000441) | | |

| No. of Exhibit | Description/Filename | Date Identified | Date Admitted |
|---|---|---|---|
| 39 | HPM August 2008.pdf (VPX-PHD-000002570-VPX-PHD-000002573) | | |
| 42 | Contact Us form from smigelski12@gmail.com (VPX-PHD-000006797-VPX-PHD-000006798) | | |
| 43 | Email re: Fw: Back in stock. Contact Your Rep. (VPX-PHD-000006799-VPX-PHD-000006802) | | |
| 44 | 2020-06-04 Instagram post (1).pdf (VPX-PHD-000006803) | | |
| 45 | 2020-04-02 Email(2).pdf (VPX-PHD-000006804-VPX-PHD-000006805) | | |
| 49 | '@bangenergy (instagram).pdf (VPX-PHD-000007785-VPX-PHD-000008001) | | |
| 56 | 2018 - 2020 Sales Volume Cost.zip?2018 Sales Volume Cost.xlsb (VPX-PHD-000008974-VPX-PHD-000008974) | | |
| 57 | 2018 - 2020 Sales Volume Cost.zip?2019 Sales Volume Cost.xlsb (VPX-PHD-000008975-VPX-PHD-000008975) | | |
| 58 | 2018 Sales Volume Cost.xlsb (VPX-PHD-000008976-VPX-PHD-000008976) | | |
| 59 | 2019 Sales Volume Cost.xlsb (VPX-PHD-000008977-VPX-PHD-000008977) | | |
| 60 | Vape xxl.msg (VPX-PHD-000009050-VPX-PHD-000009050) | | |
| 61 | family market.msg (VPX-PHD-000009099-VPX-PHD-000009099) | | |
| 62 | 2021-06-09 Breeze Smoke and Vape - Chambersburg Facebook post.pdf (VPX-PHD-000009233-VPX-PHD-000009234) | | |
| 63 | Re: Contact US for Other from 1390randycastillo@gmail.com.msg (VPX-PHD-000010837-VPX-PHD-000010838) | | |
| 64 | Email re: Bang Disposable Vape Inquiring (VPX-PHD-000010860) | | |
| 65 | April 2, 2014 - First Post (with drinks).pdf (VPX-PHD-000010886-VPX-PHD-000010886) | | |
| 66 | June 4, 2015 - New Bang Logo (first seen).pdf (VPX-PHD-000010889-VPX-PHD-000010889) | | |
| 70 | November 10, 2017 - Cherry Berry Lemonade.pdf (VPX-PHD-000010898-VPX-PHD-000010898) | | |
| 72 | December 3, 2018 - Bangster Berry.pdf (VPX-PHD-000010906-VPX-PHD-000010906) | | |
| 73 | December 14, 2019 - Candy Apple Crisp.pdf (VPX-PHD-000010910-VPX-PHD-000010910) | | |
| 75 | January 2016 - LA Fit Expo.pdf (VPX-PHD-000010926-VPX-PHD-000010927) | | |
| 76 | August 2015 - Super Creatine.pdf (VPX-PHD-000010930-VPX-PHD-000010931) | | |
| 77 | 2015-11-29 Wayback -VitaminShoppe_com VPX Products Page.pdf (VPX-PHD-000010948-VPX-PHD-000010952) | | |
| 78 | 2016-10-06 Wayback - Vitaminshoppe_com VPX products page.pdf (VPX-PHD-000010971-VPX-PHD-000010974) | | |
| 80 | April 2016 - BangEnergy Instagram SundayFunday.pdf (VPX-PHD-000010997-VPX-PHD-000010998) | | |
| 83 | Bang Vape reseller .msg (VPX-PHD-000011552-VPX-PHD-000011553) | | |

| No. of Exhibit | Description/Filename | Date Identified | Date Admitted |
|---|---|---|---|
| 85 | Email re: Bang Vape Pen (VPX-PHD-000011556-VPX-PHD-000011558) | | |
| 86 | RE: Bang disposable not working .msg (VPX-PHD-000011587-VPX-PHD-000011588) | | |
| 87 | Oct. 2018 Bang Energy Instagram (Slide 110).pdf (VPX-PHD-000011893-VPX-PHD-000011893) | | |
| 89 | Trademark Purchase Agreement between Bang Holdings Corp and JHO Intellectual Property Holding LLC (VPX-PHD-000006806-VPX-PHD-000006816) | | |
| 90 | 2021-08-09 May Nwe facebook post.pdf (VPX-PHD-000012015-VPX-PHD-000012016) | | |
| 91 | 2021-08-16 kandykraze.usa instagram post.pdf (VPX-PHD-000012017-VPX-PHD-000012018) | | |
| 93 | Vital Pharmaceutical Company Information.pdf (VPX-PHD-000017840-VPX-PHD-000017904) | | |
| 95 | Bang Energy_Innovation Deck 2020.pdf (VPX-PHD-000018173-VPX-PHD-000018210) | | |
| 97 | 2018 Consolidated Financial Statements (VPX-PHD-000018300-VPX-PHD-000018319) | | |
| 98 | Bang Historical Presentation.pdf (VPX-PHD-000018450-VPX-PHD-000018649) | | |
| 99 | '@bangenergy Instagram - 100K Followers 2017.1103.pdf (VPX-PHD-000018652-VPX-PHD-000018653) | | |
| 100 | '@bangenergy Instagram - 2 Million Followers 2020.12.08.pdf (VPX-PHD-000018654-VPX-PHD-000018654) | | |
| 101 | '@bangenergy Instagram - 200k Followers 2018.05.25.pdf (VPX-PHD-000018655-VPX-PHD-000018655) | | |
| 102 | '@bangenergy Instagram - 400K Followers 2019.01.15.pdf (VPX-PHD-000018656-VPX-PHD-000018656) | | |
| 103 | '@bangenergy Instagram - One Million Followers 2019.11.18.pdf (VPX-PHD-000018657-VPX-PHD-000018657) | | |
| 104 | Top Flavors.pdf (VPX-PHD-000018700-VPX-PHD-000018714) | | |
| 105 | Bang.msg (VPX-PHD-000018756-VPX-PHD-000018756) | | |
| 106 | Feedback/Question.msg (VPX-PHD-000018757-VPX-PHD-000018757) | | |
| 107 | Re:.msg (VPX-PHD-000018758-VPX-PHD-000018758) | | |
| 108 | Email re: Bang Vapes (VPX-PHD-000018759-VPX-PHD-000018760) | | |
| 110 | 2020-10-12 Reddit Post(1).pdf (VPX-PHD-000018762-VPX-PHD-000018762) | | |
| 111 | 2020-10-12 Reddit Post(2).pdf (VPX-PHD-000018763) | | |
| 112 | 2020-07-11 Advertisement.pdf (VPX-PHD-000018764-VPX-PHD-000018764) | | |
| 114 | Email re: Bang Vape (VPX-PHD-000018766) | | |
| 115 | Email from bluesanchez29@yahoo.com (VPX-PHD-000018767) | | |
| 116 | Twitter - @jibaye_ (VPX-PHD-000018768-VPX-PHD-000018775) | | |
| 117 | TikTok - @angelkenzie and @haleyflowers0 (VPX-PHD-000018776-VPX-PHD-000018777) | | |
| 118 | 2020-12-30 Instagram - West Tampa Smoke Shop.pdf (VPX-PHD-000018778-VPX-PHD-000018778) | | |
| 119 | bangvape_albania (VPX-PHD-000018779) | | |

| No. of Exhibit | Description/Filename | Date Identified | Date Admitted |
|---|---|---|---|
| 120 | 2021-01-05 Tiktok - TastyCloud (VPX-PHD-000018780-VPX-PHD-000018783) | | |
| 121 | 2021-01-02 Twitter - Cleb (VPX-PHD-000018784) | | |
| 122 | 2020-12-28 Twitter - Jax (VPX-PHD-000018785-VPX-PHD-000018786) | | |
| 124 | 2020-12-21 Instagram - Semoran (VPX-PHD-000018791-VPX-PHD-000018792) | | |
| 125 | 2020-12-15 Facebook - Arlis Rogers (VPX-PHD-000018793-VPX-PHD-000018794) | | |
| 126 | 2020-11-30 Facebook - V Vape (VPX-PHD-000018795) | | |
| 127 | 2020-11-26 Twitter - Matt (VPX-PHD-000018796) | | |
| 128 | 2020-11-24 Facebook - Donnie Burkett (VPX-PHD-000018797-VPX-PHD-000018798) | | |
| 129 | 2020-11-11 Facebook - Michael Freshley M (VPX-PHD-000018799-VPX-PHD-000018800) | | |
| 130 | 2020-10-26 Twitter - Austin.pdf (VPX-PHD-000018801-VPX-PHD-000018802) | | |
| 131 | 2020-10-09 Facebook - Richard Laughter (VPX-PHD-000018803-VPX-PHD-000018804) | | |
| 132 | 2020-09-28 Facebook - Alexandria Stanfeld (VPX-PHD-000018805-VPX-PHD-000018806) | | |
| 133 | 2020-09-25 Facebook - Jeff Watson (VPX-PHD-000018807) | | |
| 134 | 2020-09-19 Facebook - Jason Chapman (VPX-PHD-000018808-VPX-PHD-000018809) | | |
| 135 | 2020-06-25 Facebook - Marathon PETRO (VPX-PHD-000018810) | | |
| 136 | 2020-06-18 Facebook - Nessa Gilmore (VPX-PHD-000018811-VPX-PHD-000018812) | | |
| 137 | 2020-05-29 youTube - Dijuan Moore (VPX-PHD-000018813-VPX-PHD-000018814) | | |
| 138 | 2021-02-04 Instagram - dicesarechristina (VPX-PHD-000018815) | | |
| 139 | 2021.01.15 Bang Vape Website - Wayback Machine.pdf (VPX-PHD-000018833-VPX-PHD-000018835) | | |
| 141 | 2019-2020 Vital Pharmaceuticals Financial Statements (VPX-PHD-000018891-VPX-PHD-000018913) | | |
| 142 | Market Share Summary 3-21-21.xlsx (VPX-PHD-000018976) | | |
| 143 | Declaration of Eugene Bukovi in Support of Plaintiffs' Motion for Preliminary Injunction (Dkt. 78) | | |
| 144 | Gang Vape | | |
| 145 | Supplemental Decl. of Eugene Bukovi in Support of Plaintiffs' Motion for Preliminary Injunction (Dkt. 87) | | |
| 146 | Declaration of Eugene Bukovi in Support of Plaintiffs' Renewed Motion for Preliminary Injunction (Dkt. 121) | | |
| 147 | TESS search results for BANG | | |
| 148 | TESS search results for B logo (4985030) | | |
| 149 | TESS search results for B logo (4990091) | | |
| 150 | Registration No. 3,545,129 (VPX-PHD-00000062) | | |
| 151 | Registration No. 4,985,030 (VPX-PHD-00000223-VPX-PHD-000000224) | | |
| 152 | Registration No. 4,990,091 (VPX-PHD-00000303-VPX-PHD-00000304) | | |

| No. of Exhibit | Description/Filename | Date Identified | Date Admitted |
|---|---|---|---|
| 155 | Some trash in your name, 11/29/20 | | |
| 157 | Twitter - Kaitlin | | |
| 158 | Bang Disposable Very Berry | | |
| 159 | bangvape.com | | |
| 160 | 5-20-2020 email | | |
| 161 | 5-16-2020 email | | |
| 162 | 4-4-2020 Email | | |
| 163 | Statista, Leading energy drink brands in the U.S. | | |
| 164 | Bang (beverage) Wikipedia | | |
| 165 | Trade show photos | | |
| 166 | Arnold Schwartznegger at Vital Booth | | |
| 167 | bangvape.com Website Screenshot | | |
| 168 | IRI Leader Board - Year-End Trends, 2021 Emerging Growth Pockets (VPX-PHD-D000018664-VPX-PHD-000018699) | | |
| 169 | Gang XXL Switch Duo Disposable E-Cig | | |
| 170 | Vital Sales | | |
| 171 | Vital Marketing Spend | | |
| 172 | PhD Marketing Sales | | |
| 1001 | 8/1/2020 VPX Company Information August 2020 (Gene Bukovi Ex. 1001) (VPX-PHD-000012414-VPX-PHD-000012478) | | |
| 1002 | Bang Sales 2016-2020 (Case Study Bang with DSD_Websales (COGS added) Updated 920.xlsx) (VPX-PHD-000018339-VPX-PHD-000018339) | | |
| 1003 | JHO Intellectual Property Holdings LLC Trademark for Bang (Gene Bukovi Ex. 1003) | | |
| 1004 | VPX Consolidated Schedule of Operating Expenses (Gene Bukovi Ex. 1004) | | |
| 1005 | FW: .msg (VPX-PHD-000011567-VPX-PHD-000011580) | | |
| 1006 | 5/6/2020 Elite IP Holdings LLC Trademark Registration for Bang (Gene Bukovi Ex. 1006) | | |
| 1007 | 10/9/2020 Trademark Assignment from Bang Holdings to JHO Intellectual Property Holdings (Gene Bukovi Ex. 1007) (VPX-PHD-000012005-VPX-PHD-000012008) | | |
| 1008 | Image of Bang Vape Pen (Gene Bukovi Ex. 1008) (VPX-PHD-000018340) | | |
| 1010 | 4/29/2020 Email from Bang Energy to VPX (Gene Bukovi Ex. 1010) (VPX-PHD-000010859) | | |
| 1011 | Text Messages re Vape Pens (Gene Bukovi Ex. 1011) (VPX-PHD-000009232) | | |
| 1012 | 9/20/2021 Mid Atlantic Distributors selling Bang Vape Pens (Gene Bukovi Ex. 1012) | | |
| 1015 | Stoked Bottle Image | | |
| 1016 | 12/31/2019 VPX Financials (VPX-PHD-000018320-VPX-PHD-000018338) | | |
| 1017 | 2020 vs 2019 Income Statement.pdf (VPX-PHD-000018299-VPX-PHD-000018299) | | |
| 1018 | Expert Report of Drew E. Voth | | |
| 1020 | 1/9/2019 Latest Bang Meeting - 2018 (12-21) (VPX-PHD-000012236-VPX-PHD-000012285) | | |
| 1021 | Supplemental Report of Drew E. Voth | | |
| 1022 | Mr. Bone Financial Demonstrative | | |

| No. of Exhibit | Description/Filename | Date Identified | Date Admitted |
|---|---|---|---|
| 1034 | 9/4/2021 Bang Vape Pens Still Available from China (PHD004679-PHD004759) | | |
| 1035 | 9/27/2021 Bang Vape Pens Still Available from China (PHD004786-PHD004801) | | |
| 2002 | 5/7/2020 Cease and Desist letter sent by VPX to Hammad Ahmad (HS Wholesale Limited) (PHD000007-PHD000009) | | |
| 2003 | 5/7/2020 Cease and Desist letter sent by VPX to John Pang (Huff and Puffers) (PHD000037-PHD000039) | | |
| 2004 | 5/7/2020 Cease and Desist letter sent by VPX to Andrew Shango (Puff E-Cig., Inc.) (PHD000065-PHD000067) | | |
| 2006 | Photos of product packaging for Bang Apple Ice Disposable Bar (PHD000173-PHD000178) | | |
| 2007 | Product photo of Bang Lychee Ice XL Disposable (PHD000329) | | |
| 2008 | Product packaging photos of Bang Blue Raz Ice XL Disposable Box (PHD000346-PHD000350) | | |
| 2009 | Product photo of Bang Blue Raz Ice XL Disposable (PHD000351) | | |
| 2010 | PhD Marketing, Inc.'s Second Supplemental Responses to Plaintiffs' First Set of Interrogatories | | |
| 2011 | VTEK Vape Web Page | | |
| 2012 | Printouts from Bang Disposable Vapes website dated 3/23/2021 and Wayback Machine captures of Bang Disposable Vapes website (PHD000467-PHD000520) | | |
| 2013 | Bang Vape Instagram Page | | |
| 2014 | Avatar - Target Customer (PHD000657-PHD000659) | | |
| 2015 | PhD Marketing, Inc.'s Amended Supplemental Responses to Plaintiffs' First Set of Interrogatories | | |
| 2017 | Copyright Transfer Agreement between Mr. Long Chang and PhD Marketing, Inc. (PHD004034-PHD004038) | | |
| 2018 | Bang Energy Email re Bang Vape Nictone Company stole Bang Energy Drink Logo (VPX-PHD-000010859) | | |
| 2019 | Email re: Affiliation with Bang Energy? (PHD000458) | | |
| 2020 | Customer message from Anthony Marino (PHD000459) | | |
| 2021 | Customer message from Elizabeth Allie Benedict (PHD000460) | | |
| 2022 | Customer message from Nathanyel Haney (PHD000461) | | |
| 2023 | Customer message from Daecen Mendoza (PHD000462) | | |
| 2024 | Email re Customer Order #2717 (PHD000463-PHD000464) | | |
| 2027 | PhD's Supplemental Responses to Vital's First Set of Requests for Production | | |
| 2028 | PHD Marketing Income Statements with summary description of how they were generated (PHD004289) | | |
| 2030 | Summary List of Payments Made VTEK (PHD004288) | | |
| 2031 | Summary List of Payments to Shipping and Delivery (PHD004287) | | |
| 2032 | PHD Marketing Total Quantities Sold, January 1, 2018–April 30, 2021 for Bang Designs 1 and 2 (PHD004039-PHD004039) | | |
| 2033 | Wayback Machine Capture of bangvape.com from 7/21/2020 | | |
| 2034 | Email re Customer Order #2717 (PHD000465-PHD000466) | | |
| 2035 | Possible List of Customers (PHD004295) | | |
| 2037 | Instagram Post from Rebel Stores on 9/17/2021 Bang Vape Picture | | |

| No. of Exhibit | Description/Filename | Date Identified | Date Admitted |
|---|---|---|---|
| 2038 | 11/22/2021 VPX v. PhD Marketing Expert Report of John Bone - 2021.11.22 | | |
| 2039 | 10/25/2021 Expert Report of Dr. Justin R. Anderson Regarding a Survey Measuring the Likelihood of Confusion between Bang Vapes and VPX | | |
| 2040 | 12/20/2021 Expert Rebuttal Report of Dr. Justin R. Anderson in Response to the Rebuttal Expert Report of John R. Bone, CPA, CFF | | |