**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITAL PHARMACEUTICALS, INC., et al.<br><br>Plaintiffs.<br>v.<br><br>PHD MARKETING, INC.,<br><br>Defendant. | Case No. 2:20-cv-06745-RSWL-JCx<br><br>**JUDGMENT**<br><br>Judge: Hon. Ronald S.W. Lew |

Quarles & Brady LLP

**JUDGMENT**

QB\75103871.1

Plaintiffs Vital Pharmaceuticals, Inc. and JHO Intellectual Property Holdings, LLC brought the present action for Trademark Infringement and Unfair Competition against defendant PhD Marketing, Inc., seeking an award of damages and attorneys' fees. Having considered the evidence, the parties' objections to the evidence, the credibility of the trial witnesses, and both parties' arguments at trial, **IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Plaintiffs and against Defendant, with prejudice, on the grounds that Defendant willfully infringed Plaintiffs' Bang and B-Logo trademarks, which are covered by U.S. Trademark Reg. Nos. 3,545,129, 4,985,030, and 4,990,091 and are shown below.




2. Plaintiffs are awarded **$10,584,308.48** in disgorged profits for Defendant's willful infringement, consistent with the Court's Findings of Fact and Conclusions of Law in Ruling for Plaintiffs (ECF No. 201).

3. Defendant is hereby enjoined from selling any products using Design One or Design Two, as shown below, or anything confusingly similar to Plaintiffs' BANG and B-Logo trademarks.

- **Design One**:



QB\75103871.1

Quarles & Brady LLP

- **Design Two**:



4. Defendant shall pay this Judgment within thirty (30) days of its entry.

**IT IS SO ORDERED.**

Dated:   August 5, 2022          By:   */S/ RONALD S.W. LEW*
                                                            Hon. Ronald S.W. Lew
                                                            United States District Judge